JS-6

Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Kristin Kyle de Bautista (SBN 221750)
E-mail: kkyledebautista@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone:  (213) 236-0600
Facsimile:  (213) 236-2700

Attorneys for Defendant
Sun Life Assurance Company of Canada

Roland Juarez (SBN 160793)
E-mail: rjuarez@hunton.com
Jennifer D. Ellis (FBN 0016511)
Admitted Pro Hac Vice
E-mail: jellis@hunton.com
HUNTON & WILLIAMS LLP
550 South Hope Street, Suite 2000
Los Angeles, California  90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

Attorneys for Defendant
Pulau Electronics Corporation Employee Benefit Plan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KARIN FLYNN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 10-4832 VBF (MANx)<br><br>**FINAL JUDGMENT**<br>[~~PROPOSED~~]<br><br>Trial Date: July 19, 2011<br>Time: 8:30 a.m.<br>Ctrm: 9 |

On July 25, 2011, following a bench trial in the above cause, the Court entered an order in favor of Defendants Sun Life Assurance Company of Canada and Pulau Electronics Corporation Employee Benefit Plan, and against Plaintiff Karin Flynn. [DE 44.]  The Court entered its Findings of Fact and Conclusions of Law on August

10, 2011. [DE 46.] Having ruled in favor of the Defendants, in accordance with Federal Rules of Civil Procedure 58 and C.D. Cal. Local Rules 58-1 through 58-11, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Final Judgment is entered in favor of Defendants and against Plaintiff, who shall take nothing by this action.

2. The Court retains jurisdiction of this action to entertain such further proceedings, including determining Defendants' entitlement to and amount of attorney's fees, expenses, and costs to be awarded, and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Final Judgment.

**IT IS SO ORDERED AND ADJUDGED.**

DATED:  9/1/11

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE